## THE POWHATAN.

## THE TELENA.

(Circuit Court of Appeals, Fourth Circuit. January 7, 1919.)

### No. 1657.

COLLISION ⊙⇒39—STEAM VESSELS MEETING—CROSSING SIGNALS.

Decree, holding one of two meeting steamships solely in fault for a collision for crossing and failing to comply with the proper signal of the other for passing port to port, affirmed.

Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk; Edmund Waddill, Jr., Judge.

In Admiralty. Suit by the Merchants' & Miners' Transportation Company against E. D. Goff, with cross-libel, for collision between steamships Powhatan and Telena. Decree against the Powhatan (248 Fed. 786), and her claimant appeals. Affirmed.

H. H. Little, of Norfolk, Va., Daniel H. Hayne, of Baltimore, Md., and John F. Lewis, of Philadelphia, Pa. (Hughes, Little & Seawell and John W. Oast, Jr., all of Norfolk, Va., and Lewis, Adler & Laws, of Philadelphia, Pa., on the brief), for appellant.

Floyd Hughes, of Norfolk, Va., and J. Parker Kirlin, of New York City (Hughes & Vandeventer, of Norfolk, Va., and Kirlin, Woolsey & Hickox, of New York City, on the brief), for appellee.

Before KNAPP and WOODS, Circuit Judges, and ROSE, District Judge.

PER CURIAM. We have carefully examined the record and deem it unnecessary to add anything to the full and fair discussion of the case in the opinion of the court below, reported under the title of "The Powhatan—The Telena," 248 Fed. 786. The controversy turns wholly on a question of fact, and ample testimony supports the findings and conclusion of the learned district judge.

We are satisfied that the case was correctly decided, and the decree will, accordingly, be affirmed.

---

⊙⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes